# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

April 11, 2007

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 06-2591

| | |
|---|---|
| TERRY B. YOUNG, | Appeal from the United States |
| *Plaintiff-Appellant,* | District Court for the Northern |
| | District of Illinois, Eastern Division |
| *v.* | |
| | No. 02 C 390 |
| UNITED STATES OF AMERICA, | |
| *Defendant-Appellee.* | George W. Lindberg, |
| | *Judge.* |

## O R D E R

The court's final order and judgment of April 6, 2007 are **VACATED**.